UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JILL N. SCHRECK,<br>　　　　　　　　Defendant. | :<br>:<br>:<br>:　　No. 5:18-cv-03580<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 21st day of November, 2018, upon consideration of Plaintiff's Motion to Extend Time to Make Service, ECF No. 4, **IT IS ORDERED THAT**:

1. Plaintiff's Motion to Extend Time to Make Service, ECF No. 4, is **GRANTED**.

2. Plaintiff **SHALL** make service **within 30 days from the date of this Order**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge