# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
          Plaintiff

v.

JILL N. SCHRECK a/k/a JILL NADINE SCHRECK

Civil Action No: 18-03580

## ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this 10TH day of DEC 2018, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Mortgage Foreclosure, the object of which is to foreclose on a real estate mortgage held by the Plaintiff, against real property located within the Eastern District of Pennsylvania, situated at 215 West Pen Argyl Street, Pen Argyl, PA 18072

hereby ORDERED, ADJUDGED AND DECREED that the Summons and Complaint in Mortgage Foreclosure be served on the Defendant by Plaintiff or its agent by posting a copy of the Summons and Complaint in Mortgage Foreclosure on the property to be foreclosed, in accordance with F.R.C.P. 4(e)(1) and Pa.R.C.P. 430(a) and 410(c)(2), and by regular and certified mail addressed to Defendant at the mortgaged property. Service of the notice of sale may be accomplished in like manner. Service shall be completed upon posting or upon mailing, whichever occurs later.

_____ J.