

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

JILL N. SCHRECK A/K/A JILL NADINE SCHRECK, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 18-03580

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JILL N. SCHRECK A/K/A JILL NADINE SCHRECK the above process on the 14 day of December, 2018, at 10:30 o'clock, P.M. at 215 WEST PEN ARGYL STREET PEN ARGYL, PA 18067, County of Northampton, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:
1) _____  2) _____  3) _____

Commonwealth/State of _Pa_ ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally appeared _Denise Hinkle_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-184703
Case ID #:5381646

Subscribed and sworn to before me
this _18_ day of _Dec_, 20_18_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp. Berks County
My commission expires November 18, 2021

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified ☐ Recorded Delivery (International)<br>☐ COD ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Handling Charge | Fee | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | SCHRECK, JILL N.<br>215 West Pen Argyl Street<br>Pen Argyl, PA 18072 | | | | | | | | | | | |
| 2. | SCHRECK, JILL N.<br>215 Pen Argyl Street<br>Pen Argyl, PA 18072 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

U.S. POSTAGE ›› PITNEY BOWES
ZIP 19106
02 1W
0001403708 DEC. 12. 2018
$ 002.70⁰

PHILA, PA 19106
DEC 12 2018
U.S. CONTINENTAL STATION

Total Number of Pieces Listed by Sender: 2
Total Number of Pieces Received at Post Office: 

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-184703   Northampton County   Sale Date:

JILL N. SCHRECK a/k/a JILL NADINE SCHRECK

Kim Brambil

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>8188-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703968027309<br>9171999991703968027309 | SCHRECK, JILL N.<br>215 West Pen Argyl Street<br>Pen Argyl, PA 18072 | <br>ERR<br>C | 0.485 | <br>1.40<br>3.45 | | | 5.34 |
| 9171999991703968027316<br>9171999991703968027316 | SCHRECK, JILL N.<br>215 Pen Argyl Street<br>Pen Argyl, PA 18072 | <br>ERR<br>C | 0.485 | <br>1.40<br>3.45 | | | 5.34 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 0.97<br>0.97 | 9.70<br>9.70 | | | 10.67<br>10.67 |

Kimb-B USA

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____   Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR     Return Receipt

