IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| JILL N. SCHRECK,<br>*Defendant.* | : <br> : | NO. 18-3580 |

## ORDER

**AND NOW**, this 9th day of January, 2019, it is hereby **ORDERED** that a Damages Hearing regarding Plaintiff's Motion for Default Judgment (ECF No. 11) is scheduled to be held on **Wednesday, January 30, 2019 at 10:00 a.m.** before the Hon. Chad F. Kenney, in Courtroom 6A, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE