# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| JILL N. SCHRECK, | : | NO. 18-3580 |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 15th day of January, 2019, it is hereby **ORDERED** that the Damages Hearing regarding Plaintiff's Motion for Default Judgment (ECF No. 11) scheduled to be held on Wednesday, January 30, 2019 at 10:00 a.m. is now scheduled for **Tuesday, March 5, 2019 at 10:00 a.m.** before the Hon. Chad F. Kenney, in Courtroom 6A, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE