UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> JILL N. SCHRECK a/k/a JILL NADINE SCHRECK <br><br> Defendant | CIVIL NO. 18-03580 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certifies that the foregoing Order has been served by first class mail, postage pre-paid, upon the parties listed below on January 16, 2019.

JILL N. SCHRECK a/k/a JILL NADINE SCHRECK
215 West Pen Argyl Street
Pen Argyl, PA 18072

JILL N. SCHRECK a/k/a JILL NADINE SCHRECK
215 Pen Argyl Street
Pen Argyl, PA 18072

                                            Respectfully submitted,

                                            KML Law Group, P.C.

                                            s/ Rebecca A. Solarz

                                            By: _____
                                            Rebecca A. Solarz, Esquire
                                            Suite 5000 – BNY Independence Center
                                            701 Market Street
                                            Philadelphia, PA  19106-1532
                                            (215) 825-6327
                                            Original signature not required/electronic filing
                                            mailto: RSolarz@kmllawgroup.com