UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>JILL N. SCHRECK a/k/a JILL NADINE SCHRECK<br><br>　　　　　　Defendant(s) | CIVIL NO. 18-03580 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2(c)(2)**

　　　　Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( )　　Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )　　Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )　　Certified mail by Sheriff's Office.
( )　　Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )　　Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )　　Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.
**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
(X)　　Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )　　Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(X)　　Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129.1 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BY: Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

JILL N. SCHRECK A/K/A JILL NADINE SCHRECK; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 18-03580

Sheriff's Sale Date: 5/22/19

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JILL N. SCHRECK A/K/A JILL NADINE SCHRECK the above process on the 14 day of March, 2019, at 11:50 o'clock, A.M, at 215 WEST PEN ARGYL STREET PEN ARGYL, PA 18072, County of Northampton, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of __Pa__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally appeared __Kendra Day__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-184703
Case ID #: 5462770

Subscribed and sworn to before me
this __15__ day of __Mar__, 20__19__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106   $ 003.51
02 1W
0001403708 MAR. 11. 2019

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge |
|---|---|---|---|---|---|
| 1. | | SCHRECK, JILL N. 215 West Pen Argyl Street Pen Argyl, PA 18072 | TENANTS / OCCUPANTS 215 West Pen Argyl Street Pen Argyl, PA 18072 | | |
| 2. | | DOMESTIC RELATIONS OF NORTHAMPTON COUNTY 669 Washington Street Easton, PA 18042 | SCHRECK, JILL N. 215 Pen Argyl Street Pen Argyl, PA 18072 | | |
| 3. | | PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building PO Box 8018 Harrisburg, PA 17105 | LVNV Funding LLC 15 S. Main Street Greenville, SC 29601 Capital One Bank (USA) NA 15000 Capital One Drive Richmond, VA 23238 | | |
| 4. | | Claims Recovery Systems 8 East Main Street Carnegie, PA 15106 | Zenith Acquisition Group 511 Rhett Street Greenville, SC 29601 | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |

Total Number of Pieces Listed by Sender: 9
Total Number of Pieces Received at Post Office: 
Postmaster, Per (Name of receiving employee): NOS - Kim Brambu

MAR 11 2019

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-184703   Northampton County   Sale Date: 05/22/2019

JILL N. SCHRECK a/k/a JILL NADINE SCHRECK

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>8366-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703969218768<br>9171999991703969218768 | SCHRECK, JILL N.<br>215 Pen Argyl Street<br>Pen Argyl, PA 18072 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703969218775<br>9171999991703969218775 | SCHRECK, JILL N.<br>215 West Pen Argyl Street<br>Pen Argyl, PA 18072 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 1.41<br>1.41 | 9.70<br>9.70 | | | 11.11<br>11.11 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)            Extra Service Codes:
                                    C      Certified
                                    ERR    Return Receipt



3/11/2019

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                             Plaintiff<br><br>vs.<br><br>JILL N. SCHRECK a/k/a JILL NADINE SCHRECK<br><br>                             Defendant(s) | CIVIL NO. 18-03580 |

### AFFIDAVIT PURSUANT TO RULE 3129.1

The United States of America, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

    215 West Pen Argyl Street
    Pen Argyl, PA 18072

1. Name and address of Owner(s) or Reputed Owner(s):

    JILL N. SCHRECK a/k/a JILL NADINE SCHRECK
    215 West Pen Argyl Street
    Pen Argyl, PA 18072

2. Name and address of Defendant(s) in the judgment:

    JILL N. SCHRECK a/k/a JILL NADINE SCHRECK
    215 West Pen Argyl Street
    Pen Argyl, PA 18072

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

    DOMESTIC RELATIONS OF NORTHAMPTON COUNTY
    669 Washington Street
    Easton, PA 18042

    PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building
    PO Box 8018
    Harrisburg, PA 17105

    LVNV Funding LLC
    15 S. Main Street
    Greenville, SC 29601

        Capital One Bank (USA) NA
        15000 Capital One Drive
        Richmond, VA 23238

        Zenith Acquisition Group
        511 Rhett Street
        Greenville, SC 29601

        Claims Recovery Systems
        8 East Main Street
        Carnegie, PA 15106

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:



6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        TENANTS / OCCUPANTS
        215 West Pen Argyl Street
        Pen Argyl, PA 18072


      I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: March 26, 2019

                                          KML Law Group, P.C.
                                          BY: Rebecca A. Solarz, Esq.
                                          Attorney for Plaintiff